RECEIVED
IN LAKE CHARLES, LA

JAN 22 2007



ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| FRANK ARKO | : | DOCKET NO. 2:06-cv-1411<br>Section P |
| VS. | : | JUDGE MINALDI |
| DIRECTOR OF U.S. BUREAU OF PRISONS | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT OF DISMISSAL

Currently before the court is a "Motion for Voluntary Dismissal" [doc. 5] filed by *pro se* petitioner, Frank Arko. By this motion the petitioner seeks to voluntarily dismiss his *habeas corpus* petition. Having considered this motion, it is

ORDERED that the motion be GRANTED and that this *habeas corpus* petition be DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 17 day of January, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE